ANNE U. CLARK v. H. FRANCIS ROSEN.

March 23, 1976. Petition for certification is granted.

JOSEPH R. McGARRITY v. STATE OF NEW JERSEY, DEPARTMENT OF CIVIL SERVICE.

March 29, 1976. Cross-petition for certification is denied.

MIDLAND GLASS COMPANY, INC. v. STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

March 29, 1976. Petition for certification is dismissed as moot. (See 136 *N. J. Super.* 194)

MIDLAND GLASS COMPANY, INC. v. STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

March 29, 1976. Cross-petition for certification is dismissed as moot.

STATE OF NEW JERSEY v. ETHEL G. WASELON.

March 11, 1976. Petition for certification having been improvidently granted, the order of November 12, 1975 is vacated and the matter is dismissed.